Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
Yana A. Hart, Esq. (SBN: 306499)
**Hyde & Swigart, APC**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

Attorney for Plaintiff KYLE JAMES

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kyle James,<br>CDCR #BB-1457<br><br>Plaintiff,<br><br>vs.<br><br>Deputy Tade,<br>                    Defendant. | Case No.: **3:15-cv-00409-AJB-MDD**<br><br>**APPLICATION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM**<br><br>Trial:     February 13, 2018<br>Time:    8:30a.m.<br>Courtroom: 2<br>Judge:   Hon. Anthony J. Battaglia |

   The undersigned attorney hereby applies to the Court for the issuance of a Writ of Habeas Corpus Ad Testificandum for the attendance at trial of plaintiff, Kyle James, CDCR #BB-1457 ("Plaintiff"). Mr. James is presently held at the San Diego Central Jail, at 1173 Front St, San Diego, CA 92101, which is operated by Sheriff William D. Gore.

   The trial in this matter is scheduled to begin on February 13, 2018, and the proposed Writ is necessary to facilitate Mr. James's transfer from jail to the

courthouse by the San Diego Central Jail.[1] For this reason, Plaintiff has submitted a proposed writ for his attendance at trial beginning on February 13, 2017, at 8:30 a.m., and continuing from day to day until completed, before the Honorable Anthony J. Battaglia, U.S. District Court Judge, in Courtroom 4A of the U.S. District Court for the Southern District of California, 221 West Broadway, San Diego, California 92101. Plaintiff further fears retaliation and mistreatment while he is being held at the San Diego Central Jail, where the incident at issue occurred.

    Therefore, the proposed writ directs the San Diego Central Jail to maintain custody of Plaintiff three (3) weeks prior to and during trial at the Metropolitan Correctional Center San Diego, and transport him daily to the district court for trial.

    Plaintiff respectfully requests that the Court grant this Application and issue the Writ of Habeas Corpus Ad Testificandum.

Respectfully submitted,
**Hyde & Swigart, APC**

Date: January 18, 2018    By: /s/ Yana A. Hart
    Yana A. Hart
    Attorneys for Plaintiff

---

[1] Plaintiff initially filed an Application for Writ of Habeas Corpus on December 6, 2017, which was granted by this Honorable Court on December 22, 2017 (Dkt. 178). However, thereafter, Plaintiff was transferred to the San Diego Central Jail.