PLEASE RECEIPT AND RETURN



# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kyle James,<br>CDCR #BB-1457<br><br>Plaintiff,<br><br>vs.<br><br>Deputy Tade,<br><br>              Defendant. | Case No.:  3:15-cv-00409-AJB-MDD<br><br>**ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT KYLE JAMES (CDCR#BB-1457) TO TRIAL** |

Plaintiff **Kyle James, CDCR #BB-1457** is the plaintiff and a necessary and material witness to the trial scheduled to take place before the Honorable Anthony J. Battaglia on **February 13, 2018 at 8:30 a.m.** in Courtroom 4A of the United States District Court for the Southern District of California, 221 West Broadway, San Diego, California 92101.

Mr. James is currently confirmed at the San Diego Central Jail, at 1173 Front St, San Diego, CA 92101, which is operated by Sheriff William D. Gore. In order to secure Mr. James' attendance at trial, it is necessary that a Writ of Habeas Corpus Ad Testificandum issue, commanding his custodian to produce him for trial beginning on February 13, 2018, and continuing day to day until such proceedings are completed or as otherwise ordered by the Court.

The Court **ORDERS** that a Writ of Habeas Corpus Ad Testificandum issue, under the seal of this Court, commanding Sheriff William D. Gore, San Diego Central Jail to produce **Kyle James, CDCR #BB-1457** in Courtroom 4A of the United States District Court for the Southern District of California, located at 221 West Broadway, San Diego, California, 92101, for the trial beginning on **February 13, 2018 at 8:30 a.m.** and continuing each business day, Monday through Friday from 8:30 a.m. to 5:00 p.m. until the trial is completed.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

To: The Sheriff William D. Gore, San Diego Central Jail, at 1173 Front St, San Diego, CA 92101:

**YOU ARE COMMANDED** to produce inmate **Kyle James, CDCR #BB-1457** at Courtroom 4A of the United States District Court located at 221 West Broadway, San Diego, California, 92101, for the trial beginning on February 13, 2018 at 8:30 a.m. and continuing each business day, Monday through Friday from 8:30 a.m. to 5:00 p.m. until the trial is completed.

**IN ADDITION, YOU ARE DIRECTED** that during the trial period and three (3) weeks prior to the trial, you shall maintain overnight custody of Mr. James at the Metropolitan Correctional Center San Diego, 808 Union St, San Diego, CA 92101.

**FURTHER**, you have been ordered to notify the Court of any change in custody of Mr. James, and have been ordered to provide the new custodian with a copy of this writ.

Plaintiff's counsel is instructed to fax a copy of this Order to the Litigation Coordinator at (559) 992-7372.

IT IS SO ORDERED.

Dated:  January 25, 2018

Hon. Anthony J. Battaglia
United States District Judge